UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAFAEL MATOS PIMENTEL,<br><br>Defendant | Criminal No. 20-10112<br><br>Violation:<br><br><u>Count One:</u> Money Laundering Conspiracy<br>(18 U.S.C. § 1956(h))<br><br><u>Forfeiture Allegation:</u><br>(18 U.S.C. § 982(a)(1)) |

<u>INDICTMENT</u>

<u>COUNT ONE</u>
Money Laundering Conspiracy
(18 U.S.C. § 1956(h))

The Grand Jury charges:

From in or about September 2014 through in or about June 2015, in Watertown, Braintree, Dorchester, Somerville, and Weston, in the District of Massachusetts, and elsewhere, the defendant,

RAFAEL MATOS PIMENTEL,

conspired with others known and unknown to the Grand Jury to:

(a) conduct and attempt to conduct financial transactions, to wit, delivery and transfer of bulk United States currency, knowing that the property involved in such transactions represented the proceeds of some form of unlawful activity, and which in fact involved the proceeds of specified unlawful activity, that is, drug trafficking conspiracy, in violation of Title 21, United States Code, Section 846, and knowing that the transactions were designed, in whole and in part, to conceal and disguise the nature,

1

location, source, ownership, and control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

(b) conduct and attempt to conduct financial transactions, to wit, delivery and transfer of bulk United States currency, knowing that the property involved in such transactions represented the proceeds of some form of unlawful activity, and which in fact involved the proceeds of specified unlawful activity, that is, drug trafficking conspiracy, in violation of Title 21, United States Code, Section 846, with the intent to promote the carrying on of the specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i).

All in violation of Title 18, United States Code, Section 1956(h).

## FORFEITURE ALLEGATION
## (18 U.S.C. § 982(a)(1))

1.  Upon conviction of the offense in violation of Title 18, United States Code, Section 1956, set forth in Count One of this Indictment, the defendant,

RAFAEL MATOS PIMENTEL,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), any property, real or personal, involved in such offense, and any property traceable to such property.

2.  If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 982(a)(1), as a result of any act or omission of the defendant --

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 18, United States Code, Section 982(b), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 982(a)(1).

A TRUE BILL

_____
FOREPERSON

_____
LEAH B. FOLEY
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: June 9, 2020
Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

6/9/2020 @ 3:47pm